IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Crim. No. 1:23-mj-00296-RMM-1 |
| | : | **NOTICE OF APPEARANCE** |
| GREGORY C. YETMAN, | : | |
| Defendant. | : | |

PLEASE TAKE NOTICE that The Office of The Federal Public Defender for the District of New Jersey (Areeb A. Salim, Assistant Federal Public Defender, appearing) (Areeb_Salim@fd.org), is appearing on behalf of GREGORY C. YETMAN in the above-captioned matter.

Respectfully submitted,

*/s/ Areeb A. Salim*

Areeb A. Salim
ASSISTANT FEDERAL PUBLIC DEFENDER
Office of the Federal Public Defender
1002 Broad Street
Newark, NJ 07102
973—339-7506 (tel.)

Dated:  November 22, 2023